UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/1/2026_

MILTON SOTO, JR.,

        Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**ORDER**

25-CV-10270 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's motion to dismiss or, in the alternative, for summary judgment, ECF No. 13 (the "Motion"). Plaintiff is directed to file a response to the Motion by **April 20, 2026.** Defendant's reply is due by **April 27, 2026.**

**SO ORDERED.**

Dated: April 1, 2026
    New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge