USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON SOTO, JR.,

               Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

**ORDER**

25-CV-10270 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 13, 2026, Order, ECF No. 11, Defendant was directed to file the certified administrative record by April 3, 2026. To date, the certified administrative record has not been filed on the docket. The Court sua sponte extends the deadline to submit the certified administrative record to **April 10, 2026**.

**SO ORDERED.**

Dated: April 6, 2026
      New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge

1