UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __4/7/2026__

MILTON SOTO, JR.,

                    Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**ORDER**

25-CV-10270 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 13, 2026, Order, ECF No. 11, Defendant was directed to file the certified administrative record by April 3, 2026. The deadline was extended *sua sponte* to April 10, 2026, by the Court's April 6, 2026 Order, ECF No. 21. Given the pending motion to dismiss, ECF No. 13, the deadline to file the certified administrative record is now adjourned *sine die* until after the motion to dismiss is decided.

**SO ORDERED.**

Dated: April 7, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge