UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2026

MILTON SOTO, JR.,

               Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

**ORDER**

25-CV-10270 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's April 1, 2026 Order, ECF No. 20, Plaintiff was directed to file a response to Defendant's motion to dismiss, ECF No. 13, by April 20, 2026. To date, no response has been filed. The Court *sua sponte* extends the deadline for Plaintiff to respond to **May 11, 2026**. Plaintiff is advised that if no response is filed by the deadline, the motion will be decided based on the Commissioner's submission.

**SO ORDERED.**

Dated: April 27, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge