UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2026

MILTON SOTO, JR.,

     Plaintiff,

  -v-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER**

25-CV-10270 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated April 1, 2026, Plaintiff was directed to file a response to Defendant's motion to dismiss, ECF No. 13, by April 20, 2026.  ECF No. 20.  When Plaintiff failed to file a response by that deadline, the Court *sua sponte* extended the deadline to May 11, 2026, by Order dated April 27, 2026.  ECF No. 23.  That Order stated that failure to file a response by the deadline would result in the motion being decided based on the Commissioner's submission.

To date, Plaintiff has not filed a response.  Accordingly, the motion to dismiss will be decided based on the Commissioner's submission.

**SO ORDERED.**

Dated: May 18, 2026
   New York, New York

            _____
            Henry J. Ricardo
            United States Magistrate Judge

1